MILLAR, Trustee in Bankruptcy, Appellant, vs. WAUKEGAN NATIONAL BANK, imp., Respondent.

*February 9—March 8, 1927.*

This case is ruled by *First State Bank of Harvard v. Harrington,* ante, p. 293.

APPEAL from an order and a judgment of the circuit court for Kenosha county: E. B. BELDEN, Circuit Judge. *Affirmed.*

Action by a trustee in bankruptcy to vacate a judgment of foreclosure of a real-estate mortgage on the ground that the mortgagee was a foreign corporation that had not complied with the provisions of sec. 226.02, Stats. It was stipulated in this court that the complaint be held to allege that the loaning of the money and the delivery of the mortgage in question took place at Waukegan, Illinois.

The defendant demurred to the complaint. From an order sustaining the demurrer the plaintiff appealed.

For the appellant there were briefs by *Alfred C. Boehm* and *Buckmaster & Hammond,* all of Kenosha, and oral argument by *Mr. W. W. Hammond* and *Mr. Boehm.*

For the respondent there were briefs by *Clarence J. Fisher* and *Roy S. Stephenson,* both of Kenosha, and oral argument by *Mr. Stephenson.*

VINJE, C. J.   Assuming, but not deciding, that such an action will lie by the trustee in bankruptcy, the case is ruled by that of *First State Bank of Harvard v. Harrington, ante,* p. 293, 212 N. W. 665.

*By the Court.*—Order and judgment affirmed.